KAREN SUE NAYLOR
P.O. BOX 504
SANTA ANA, CA 92702-0504
Telephone (949) 262-1748
Facsimile (714) 708-3949

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>CEDAR REEF DEVELOPMENT LLC,<br><br><br><br>Debtor(s). | Case No. **8:07-bk-10811-RK**<br>Chapter 7<br><br>**NOTICE OF UNCLAIMED DIVIDEND(S)**<br>**(FRBP 3011)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. <u>1011</u> in the sum of $<u>205.62</u> representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: October 22, 2010

_Karen Sue Naylor, Trustee_
Karen Sue Naylor, Chapter 7 Trustee
for the Estate of Cedar Reef Development LLC

## UNCLAIMED DIVIDENDS REMITTED TO THE COURT

### Case Number 8:07-bk-10811-RK -- Cedar Reef Development LLC

| Creditor | Claim No. and Type | Amount Paid |
|---|---|---|
| CoLandCo, LLC<br>c/o Matthew A. Lesnick<br>185 Pier Avenue, Suite 103<br>Santa Monica, CA 90405 | 000003 / Gen Unsecured | $205.62 |
| | **TOTAL:** | $205.62 |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
200 W. Santa Ana Boulevard, Suite 400, Santa Ana, CA 92701

A true and correct copy of the foregoing document described as ***NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *Fill in Date Document is Filed*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **OCTOBER 25, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Office of the United States Trustee**, Attn: Kristina Howard, 411 W. Fourth Street, Suite 9041, Santa Ana, CA 92701
**U.S. Bankruptcy Court**, c/o Fiscal Department, 255 East Temple Street, Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *Fill in Date Document is Filed*, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 25, 2010 | Alane Canzone | /s/ Alane Canzone |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                 **F 9013-3.1.PROOF.SERVICE**